UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERICK WILLIAMS,

                Plaintiff,

        -against-

METRO NORTH RAILROAD HUMAN
RESOURCES DEPARTMENT,

                Defendant.

25-CV-7473 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated January 7, 2026, the Court dismissed the complaint for failure to state a claim and granted Plaintiff leave to file an amended complaint within thirty days of that order. That order specified that failure to file an amended complaint would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Clerk of Court is directed to enter judgment in this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    February 20, 2026
          New York, New York

                /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
               Chief United States District Judge